**Order filed July 31, 2019**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-18-00304-CR**
**NO. 14-18-00305-CR**

_____

**LEON PHILLIP JACOB, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1543812, 1543813**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 30; State's Exhibit 31; State's Exhibit 32; State's Exhibit 56; State's Exhibit 57;**

**State's Exhibit 60; State's Exhibit 78; State's Exhibit 79; and State's Exhibit 80.**

The clerk of the 263rd District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 30; State's Exhibit 31; State's Exhibit 32; State's Exhibit 56; State's Exhibit 57; State's Exhibit 60; State's Exhibit 78; State's Exhibit 79; and State's Exhibit 80, on or before **August 5, 2019.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 30; State's Exhibit 31; State's Exhibit 32; State's Exhibit 56; State's Exhibit 57; State's Exhibit 60; State's Exhibit 78; State's Exhibit 79; and State's Exhibit 80, to the clerk of the 263rd District Court.

PER CURIAM